United States District Court
For The Eastern District of Michigan
Southern Division

People of the State of Michigan
Plaintiff

V

Daniel Ryan McGough
TRUSTEE OF THE McGough
Family Ecclesiastical Trust
Defendant

Case: 4:25-cv-12440
Assigned To: Kumar, Shalina D.
Referral Judge: Grand, David R.
Assign. Date: 8/5/2025
Description: REM MICHIGAN V DANIEL MCGOUGH (SS)

STATE COURT: STATE OF MICHIGAN 14A1-District Court
STATE CASE No. 25T3-979

## Notice of Removal and Civil Rights Counterclaim

Defendant, Daniel Ryan McGough, in his capacity as Trustee of The McGough Family Ecclesiastical Trust, brings this Notice of Removal to the attention of this court Pursuant to 28 U.S.C. 1331 and 28 U.S.C. 1455 and in exclusive equity under the protections of the Federal laws of the United States and natural law. Defendant further brings this Notice of Removal in under 28 USC 1332 as he is not a citizen of this State, but a declared Foreign National most recently Domiciled in Ohio. Defendant further references his Habeas Corpus filed in companion case 25-11326 attached and enclosed with this Notice of Removal, which goes over Defendants status and standing in greater detail. Defendant also publicly declared his position on a public website: everify.americanstatenationals.gov Search: Daniel Ryan McGough, where you will find various affidavits and notices as well as fee schedules for any Trespassing on Defendants rights.

1/4

Defendant is currently held in the Washtenaw County Sheriffs Jail on this matter for a $50,000 Cash/Surety Bond, in violation of his 8TH Amendment right. With no victim, with no witness, just an alleged speeding violation that was escalated by excessive forces; that later stemmed to a "Fleeing and Illuding" Count 1, that was additionally added to the charges. In State Trooper Cheyney's Incident No.: 12-4748-2< there is no such accusations of fleeing or illuding, he mentions "the vehicle suspected of a speed violation" and further declares that after he forced me out of the car in my private, non-commercial, federally registered, that Defendant had multiple warrants so he booked me into W.C.J. An arraignment was held on July 3, 2025 where it was quickly adjourned to the following Day, Independence day, when the Washtenaw County prosecutors office tacked on an additional charge of Fleeing an illuding, a stark contrast from their previous (E.D. Mich.) Case No.: 24-13456 where the prosectors office Dismissed the charges against Defendants next-Friend with the report reading "Not enough probable cause for Actions taken" and a very obvious violation of Defendants <u>14TH Amendment rights</u> to equal protections under the law.

2/4

For these current charges, Defendant is held for an original $10,000 Bond that was later increased by Defendant's previous adversaries in (E.D. Mich) Case No.: 25-11226 where Lundy and Simpson, prosecutor and JUDGE, Increased the $10,000 Bond to $50,000 over the alleged speeding violation. Furthermore, excessive Bond conditions like a SCRAM Tether, and restrictions on my right to Bear Arms.

<u>28 USC 1331 Grounds for Removal:</u>

Violations of:
- 2nd Amendment - Right to Bear Arms
- 4TH Amendment - Right to be Secure
- 8TH Amendment - Excessive Bail, Fines, and Protection from Cruel + unusual punishment
- 13TH Amendment - Slavery + Involuntary Servitude
- 14TH Amendment - Deprivation of Life, Liberty, and the pursuit of Happiness.
- 14TH Amendment - Equal Protection

The reports from Trooper Cheyney as well as the Charging documents from the Washtenaw County Prosecutors office have been attatched or enclosed in this mail, as well along with several "Kites" that were sent out in efforts to obtain copies of the reports and this Notice of removal. Being that my deadline for 28 USC. 1455 is approaching

[Left margin, vertical text:] Application to Proceed I.F.P.: I, Daniel McGough, currently have #17 in my Inmate account, which was gifted from a Friend. I am unemployed and Incarcerated with ≈$30.00 in my Debit account. I have lost all assets since the start of this County's Malicious Prosecution and though I'm an Engineer by Trade it cannot get a job due to Officer Tyson's commeant in Case 25-1136. Under Penalty of Purjury I am —Daniel McG[?]

and I have now been incarcerated for over 3 weeks, Defendant is requesting that the clerk make copies and send them back so I can submit these filings to the State Court in good faith. Or, if the honorable JUDGE may grant the Habeas Corpus immediately before the 30 Day window approaches I will service the documents myself.

### Prayer For Relief

+ Grant this Removal + Habeas Corpus
+ Award Monetary Damages in the Amount of $250,000 for each violation of an Oath of office found, in accordance with Blacks Law
+ Award Monetary Damages for the unlawful detention and excessive Bond Conditions
+ Prohibitory Order for further actions against Defendant
+ Any other relief this Honorable Court may find fitting and Necessary.
+ Appoint a Counsel for Defendant's Pro Se Position

Rule 11 — under Penalty of Purjury, Defendant signs this document in good faith and further stating that everything stated is true, and correct to my Best information and belief

July 22, 2025    x Daniel Ryan McGough

Inmate #148631 at Washtenaw County Jail
2201 HOGBACK RD
Ann Arbor, MI 48105        4/4

| | | |
|---|---|---|
| **MICHIGAN DEPARTMENT OF STATE POLICE** <br> **ORIGINAL INCIDENT REPORT** | **ORIGINAL DATE:** <br> Thu, Jul 03, 2025 | **INCIDENT NO:** <br> 012-0004748-25 |
| | **TIME RECEIVED:** <br> 0745 | **FILE CLASS:** <br> 48000 |
| | **WORK UNIT:** <br> MSP BRIGHTON POST | **COUNTY:** <br> WASHTENAW |
| **COMPLAINANT:** <br> PATROL | | **TELEPHONE NO:** |
| **ADDRESS: STREET AND NO:** <br> 4337 BUNO RD | **CITY:** <br> BRIGHTON | **STATE:** MI   **ZIP CODE:** 48114 |
| **INCIDENT STATUS:** <br> OPEN | | |

## OBSTRUCTION

### SUMMARY:

While on patrol, I observed a vehicle traveling west on I 94 near Parker Road at a high rate of speed. As I closed the distance, I observed a reading of 90 mph on the radar mounted in my vehicle (1225). I activated my overhead lights to conduct a traffic stop on the vehicle suspected of the speed violation. The driver refused to identify himself or comply with any lawfully given commands/requests. The vehicle was found to be unregistered since 2021 and was not insured. I advised the driver to step out of the vehicle multiple times; to which he refused. I forced the vehicle's window down and unlocked the door. After I unbuckled his seat belt, he stepped out of the vehicle, and I placed him in handcuffs. After a search of the vehicle, the male was identified as Daniel McGough by his Michigan and Ohio IDs. It was discovered at this point that Daniel had multiple warrants, including a prior for obstruction in Ann Arbor. Daniel was transported to Chelsea Hospital for the complaint of rapid heartbeat. He refused medical assistance and was discharged. He was then transported to Washtenaw County Jail and lodged on the charge of obstruction. This incident is open pending prosecutor review.

### VENUE:

WASHTENAW COUNTY
W I 94
SCIO TWP, MI
AT OR NEAR: PARKER RD

### DATE & TIME:

ON OR AFTER: THU, JUL 03, 2025 AT 0700

| PAGE: <br> 1 of 4 | INVESTIGATED BY: <br> CHENEY, COLLIN, 1245, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

PRINTED: 7/3/2025 14:33

| **MICHIGAN DEPARTMENT OF STATE POLICE** | **ORIGINAL DATE:** Thu, Jul 03, 2025 | **INCIDENT NO:** 012-0004748-25 |
|---|---|---|
| **ORIGINAL INCIDENT REPORT** | **TIME RECEIVED:** 0745 | **FILE CLASS:** 48000 |

## IDENTIFICATION OF SUSPECT:

Daniel was identified by his Michigan Identification card.

## SUSPECT / ARRESTED:

| NAM: | DANIEL RYAN MCGOUGH | | | RAC: | WHITE | ETH: | | |
|---|---|---|---|---|---|---|---|---|
| BIR: | | | | | | | | |
| NBR: | 1173 | DIR: | | SEX: | MALE | DL: | | MI/M220135755954 |
| STR: | HUNTER | | | DOB: | 12/16/1988 | SSN: | | |
| SFX: | AVENUE | | | HGT: | 5'10" | SI: | | / |
| CTY: | YPSILANTI | ST: | MI | WGT: | 210 | FBI: | | |
| TXH: | | ZIP: | 48198 | HAI: | | MNU: | | |
| TXW: | | | | EYE: | Blue | PR: | | |
| SMT: | | | | | | | | |

| VEHICLE TYPE: | AUTOMOBILE | | |
|---|---|---|---|
| PLATE: | 4306397 | VEH YR: | 2004 |
| VIN: | 1G1JC12FX47173050 | MODEL/MAKE: | CAVALIER CHEVROLET |
| COLOR: | RED | STYLE: | 2 DOOR |
| POSITION: | DRIVER | | |

CHARGE:
4801 POLICE OFFICER-ASSAULT/RESIST/OBSTRUCT 750.81D(1)
CHARGE:
8273 DROVE WHILE LICENSE SUSPENDED, REVOKED, DENIED 257.904
CHARGE:
8277 OPERATE-UNREGISTERED VEHICLE / IMPROPER FEES PAID 257.215
CHARGE:
8282 MOTOR VEHICLE-OPERATION WITHOUT SECURITY 500.3102

## HOSPITAL:

After leaving the scene, I asked Daniel if he had any reasons he would need to go to a hospital for. He reported a rapid heartbeat. I transported Daniel to Chelsea Hospital where he refused medical treatment offered by staff. He was then discharged.

## LODGED:

Daniel was lodged at Washtenaw County Jail.

## VEHICLE DISPOSITION:

Daniel's vehicle was towed by Manchester Towing. The vehicle was last registered to Angela Walenski and expired in November 2021. The vehicle was entered into LEIN as impounded (ref. #43943966).

| PAGE: 3 of 4 | INVESTIGATED BY: CHENEY, COLLIN, 1245, TROOPER | INVESTIGATED BY: | REVIEWED BY: |
|---|---|---|---|

PRINTED: 7/3/2025 14:33

| MICHIGAN DEPARTMENT OF STATE POLICE | ORIGINAL DATE: Thu, Jul 03, 2025 | INCIDENT NO: 012-0004748-25 |
|---|---|---|
| ORIGINAL INCIDENT REPORT | TIME RECEIVED: 0745 | FILE CLASS: 48000 |

**SEIZED:**

The registration plate on the vehicle was seized and destroyed.

**PHOTOS:**

A photo of the plate was uploaded to the repository.

**CCH:**

A copy of Daniel's CCH and driving history will be attached to this report.

**PROSECUTION REQUESTED:**

I respectfully request Daniel be charged with resisting/obstructing a peace officer, operating an unregistered vehicle, operating a vehicle with no insurance, and driving while license revoked.

**EXTERNAL DOCUMENT:**

- UD-91 Vehicle Inventory Form (2 pgs.)

**IN CAR VIDEO:**

1225 was in operation.

**BODY WORN CAMERA:**

- Tpr. Cheney
- Tpr. Pierce
- Tpr. DePeel

**STATUS:**

OPEN

| 2025003036 AF | Information - Circuit Court<br>Original Complaint - Court<br>Warrant - Court | | Bind over/Transfer - Circuit/Juvenile Court<br>Complaint copy - Prosecutor<br>Complaint copy - Defendant/Attorney | |
|---|---|---|---|---|
| **STATE OF MICHIGAN**<br>**14A3 JUDICIAL DISTRICT**<br>**22ND JUDICIAL CIRCUIT** | **COMPLAINT**<br>**FELONY** | | T.C.N. NO.:<br>DISTRICT:<br>CIRCUIT: | |
| District Court ORI: MI- MI810045J<br>122 S. Main, Chelsea, MI 734-475-8606 | Circuit Court ORI: MI- MI810015J<br>101 E. Huron Street Ann Arbor, MI, 48107 | | | |
| **THE PEOPLE OF THE STATE OF MICHIGAN** v | Defendant's name and address<br>**DANIEL RYAN MCGOUGH**<br>AKA:<br>1173 Hunter Ave<br>YPSILANTI, MI 48198 | | Victim or complainant<br><br>Complaining Witness<br>**COURT OFFICER** | |
| Co-defendant(s) | | | Date: On or about<br>**07/03/2025** | |
| City/Twp./Village<br>**Scio Twp.** | County in Michigan<br>**WASHTENAW** | Defendant TCN | Defendant CTN<br>**81-25003036-01** | Defendant SID<br>**2354579J** |
| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN in Ref. No. row 3 on MC 97 | DLN Type:<br>**Oper./Chauf** | Vehicle Type | Defendant Sex<br>**M** | Defendant Race<br>**W** |
| Police agency report no.<br>**M12 12-4748-25** | Charge<br>**See below** | | Maximum penalty<br>**See below** | |

[ X ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF Washtenaw**
The complaining witness says that on the date and at the location described: I94 AT OR NEAR PARKER, the defendant, contrary to law,

**COUNT 1:** POLICE OFFICER - FLEEING - FOURTH DEGREE - PENAL CODE
being the operator of a motor vehicle to whom was given a visual or audible signal by hand, voice, emergency light, or siren by TROOPER CHENEY, MSP, a police officer who was in uniform and the officer's motor vehicle was identified as an official police motor vehicle, acting in the lawful performance of his/her duty, directing the defendant to bring his/her motor vehicle to a stop, did wilfully fail to obey such direction by attempting to flee or elude the officer; contrary to MCL 750.479a(1),(2). [750.479A2]
FELONY: 2 Years and/or $2,000.00; SOS shall suspend operator's or chauffer's license; for a vessel, privilege to operate shall be suspended for a period of not to exceed 5 years.

**COUNT 2:** OPERATE - UNREGISTERED VEHICLE
did drive or move a RED SEDAN, upon I-94, a public highway, when said vehicle was not registered; contrary to MCL 257.215. [257.215]
MISDEMEANOR: 90 Days and/or $100.00

**COUNT 3:** MOTOR VEHICLE - OPERATION WITHOUT SECURITY
did , being the owner, AND/OR registrant, AND/OR operator of RED SEDAN a motor vehicle, with respect to which security is required by MCL 500.3101, 500.3102, or 500.3103, operate said vehicle upon I-94, a public highway in the State of Michigan, without having in full force and effect security complying with the above-cited statutes; contrary to MCL. 500.3102. [500.3102]
MISDEMEANOR: Not more than 1 Year and/or not less than $200.00 nor more than $500.00

**COUNT 4:** OPERATING - LICENSE SUSPENDED, REVOKED, DENIED
did operate a motor vehicle upon I-94, a highway, while his or her operator's license was suspended or revoked; as prohibited by MCL 257.904(1); contrary to MCL 257.904(3)(a). [257.9041B]
MISDEMEANOR: 93 Days and/or $500.00; vehicle immobilization (see MCL 257.904d)

**COUNT 5:** POLICE OFFICER - REFUSE TO OBEY OFFICER TRAFFIC ORDER
did refuse to comply with a lawful order or direction, to-wit: TO PROVIDE LICENSE, ID, AND REGISTRATION, given by TROOPER CHENEY, a police officer with the MICHIGAN STATE POLICE, when that officer, for public interest and safety, was guiding, directing, controlling, or regulating traffic on a highway of this state; contrary to MCL. 257.602. [257.602]
MISDEMEANOR: 90 Days and/or $100.00

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.
ON INFORMATION, BELIEF AND OTHER EVIDENCE

❑ The complaining witness asks that the defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on <u>07/04/2025</u> by:<br>Date<br><br>_____<br>Prosecuting Official, Marieh Tanha P79276<br><br>☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>_____  _____<br>**Complaining Witness Signature**   **Date** |

Approved SCAO, PACC-PAAM Replacement
Form MC 200w, Rev. 9/22
MCL 764.1 *et seq.*, MCL 766.1 *et seq.*, MCL 767.1 *et seq.*, MCR 6.101, MCR 6.102

Distribute form to:
Court
Prosecutor
Defendant

**OFFICER IN CHARGE: COLLIN CHENEY  M12 12-4748-25**

