People of The State of Michigan
Plaintiff

v.

Daniel Ryan McGough
TRUSTEE OF THE McGOUGH
Family Ecclesiastical Trust
Defendant.

Case: 4:25-cv-12440
Assigned To: Kumar, Shalina D.
Referral Judge: Grand, David R.
Assign. Date: 8/5/2025
Description: REM MICHIGAN V DANIEL MCGOUGH (SS)

STATE OF MICHIGAN COURT: 14A1 DISTRICT
STATE Case No. 25F3-979

Defendant, in his capacity as TRUSTEE OF The McGough Family Ecclesiastical Trust, Brings this Notice of Removal into this court under 28 USC 1331 and 28 USC 1332 and pursuant to the rules and procedures in 28 USC 1455. This NOTICE COMES WITH A Filing of A Habeas Corpus in companion case 25-11226 and exemplifies the malicious prosecution he faced from the Washtenaw County Prosecutor, Eli Savit, In reference to 28 USC 1332, as Defendant sent various declarations to the Prosecutors office in reference to the Treasonous actions to prosecute Defendant for admittedly false statements by an officer and other witnesses with uncorroborated testimonies, Defendant further sent them notices of his status as a non-citizen of MICHIGAN, PROVIDING INFORMATION THAT not only were the officers comments made as a "joke" but also informing this Prosecution that they are without SUBJECT matter jurisdiction. This was sent via USPS on April 16, 2025 and on April 24, 2025, the Prosecutor Eli Savit issued a warrant for Defendants arrest that was requested on March 27, 2024 by an officer

1/4

of the Milan Police Department. This warrant was issued despite any eye-witnesses, corroborating statements, or reasonable articuable suspicion that any crime was committed. The warrant was for an "OWI" that in which also accompanied a charge of "escape from custody", and both lacking any merrit as Defendant was never read his Miranda Rights or assumed to be under any criminal investigation. Defendant was never requested to take any field sobriety tests, and their are no witnesses to put Defendant behind the wheel of a vehicle located on private property, Despite the charging documents suggesting Defendant was on ~~private~~ public roadways. The officer himself left Defendant at the hospital with the comment "Well we have no reason to believe you committed any crimes so your free to leave".

This is a cookie cut example of the retalliation Defendant is facing under the banner of justice in Washtenaw County where the executive branch has again teamed up with the judicial branch to deprive a free man of his natural rights in efforts to prosecute and shield themselves from any accountability that is sought by Defendant. Currently, Defendant

2/4

is held in the Washtenaw County Jail on this charge with a $50,000 cash/surety Bond. Upon release, he is expected to be placed on a SCRAM Tether and report to probation. Further restricting his right to Bear Arms, again without any eye-witnesses, without ~~bail~~ a victim, without probable cause, and still no Miranda rights cited.

<u>28 USC 1331</u> Grounds for Removal

    Violations of: 2nd Amendment - Right to Bear Arms
                     4TH Amendment - Right to Be Secure
                     8TH Amendment - Excessive Bail, Fines, and Protection from cruel and unusual Punishment
                     13TH Amendment - Slavery and Involuntary Servitude
                     14TH Amendment - Deprivation of Life, Liberty, + Pursuit of Happiness
                     14TH Amendment - Equal Protection

<u>28 USC 1332</u> Diversity

As more clearly outlined in Defendants Habeas Corpus for companion cases 25-11326, Defendant has made diligent efforts to provide public notice on his website: everify.AmericanStateNationals.gov search: Daniel Ryan McGough, but also through CONSTRUCTIVE NOTICES and public Declarations recorded under Defendants Trust Recorded in Jackson County Probate Court Case No 25-2000046, as well as sending the prosecutors office and this County Court notices via USPS mail where tracking numbers can be provided upon release of custody, and again,

3/4

Defendants efforts to remain in his private capacity and left free from these malicious prosecutions are only met with more retaliatory actions like this warrant frivolously issued 13 months after it was requested. Furthermore as Defendant is most recently Domiciled in Ohio, as proven by his Ohio ID Card, this state court is without subject-matter jurisdiction again, and further affirmed by Defendants oath of allegiance found in his DS-11 Explanatory Statement.

### Prayer For Relief

+ Grant this Removal + Habeas Corpus
+ Award $250,000 in Monetary Damages for each violation of an oathe of office in accordance with Blacks LAW
+ Award Monetary Damages for the unlawful detention and Excessive Bond
+ PROHIBITORY ORDER AGAINST Further Actions
+ Appoint A Counsel for Defendants Pro Se Position.
+ Any other relief this Honorable Court finds proper.
+ Request the clerk to provide copies and send back so I can sure

**Rule 11**    Under Penalty of Perjury, Defendant Daniel McGough signs this Document in Good Faith and further declaring that everything stated is True and correct to the Best of my information and belief.

(left margin): I have made numerous attempts to get all documents concerning this matter and have been met with silence. I have attached and enclosed proof of these good faith efforts while incarcerated ask the court to allow some remedy in these matters until HH can released from custody

**IFP. Application**
I, Daniel McGough, currently have $47.00 in my inmate account which was gifted by a friend. I am unemployed and incarcerated with a $20.00 in my Debit account, I have lost all assets since the malicious prosecution and cannot get a job Due to Officer Tysons joking comment of assault, more outlined in case 25-11236. Under penalty of perjury I sign, Dan Ryn McG—

x Daniel Ryan McGough

Inmate #148631 at Washtenaw County Jail
2201 Hogback Rd
Ann Arbor, MI 48105

July 22, 2025

4/4

2024002025
JB

Original Complaint - Court
Warrant - Court

2ndComplaint copy - Prosecutor
3rd Complaint copy - Defendant/Attorney

| STATE OF MICHIGAN 14A1 JUDICIAL DISTRICT | COMPLAINT MISDEMEANOR | T.C.N. NO.: DISTRICT: |
|---|---|---|
| ORI MI810025J | Court Address 4133 Washtenaw Road, Ann Arbor, MI | Court telephone no. 734-973-4545 |

| THE PEOPLE OF STATE OF MICHIGAN | V | Defendant's name and address DANIEL RYAN MCGOUGH AKA: 14065 FELLRATH ST TAYLOR, MI 48180 | Victim or complainant |
|---|---|---|---|
| | | | Complaining Witness PAUL CORRIE |
| Co-defendant(s) | | | Date: On or about 03/27/2024 |
| City/Twp./Village City of Milan | County in Michigan WASHTENAW | Defendant TCN | Defendant CTN 81-24002025-01 | Defendant SID 2354579J |
| Defendant DOB Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN Put DLN in Ref. No. row 3 on MC 97 | DLN Type: Oper./Chauf | Vehicle Type PA | Defendant Sex M | Defendant Race W |
| Police agency report no. MPD 24-1794 | Charge See below | | Maximum penalty See below | | |

[ x ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF Washtenaw**
The complaining witness says that on the date and at the location described: DEXTER/ARKONA MILAN CITY, the defendant, contrary to law,

**COUNT 1: OPERATING WHILE INTOXICATED**
did, operate a vehicle upon a highway, Dexter St at or near Arkona Road, while having an alcohol content of 0.08 grams or more per 100 milliliters of blood; contrary to MCL 257.625(1). [257.6251-A]
MISDEMEANOR: 93 Days and/or $100.00-$500.00 and/or 360 hours community service; rehabilitative program(s) (see MCL 257.625b(5)); vehicle immobilization mandatory with a prior (see MCL 257.904d); costs of prosecution; reimburse government for emergency response and expenses for prosecuting defendant (see MCL 769.1f)

**THIRD OFFENSE NOTICE - FELONY**
 Take Notice that the defendant was previously convicted of operating impaired on or about July 19, 2007 in the 34th District Court, and of operating while intoxicated on or about November 03, 2011 in the 34th District Court, and of operating while intoxicated on or about June 28, 2015 in the 3rd Circuit Court.
 Therefore, upon conviction, the defendant will be subject to an enhanced sentence under MCL 257.625(9) or MCL 257.625(11), and vehicle forfeiture under MCL 257.625n. [257.6256D]
FELONY: $500.00-$5,000.00; and either 1 to 5 Years, or probation with 30 Days to 1 Year in jail, at least 48 hours to be served consecutively, and 60 to 180 Days community service; rehabilitative program(s) (see MCL 257.625b(5)); costs of prosecution; reimburse government for emergency response and expenses for prosecuting defendant (see MCL 769.1f); mandatory vehicle immobilization of not less than 1 year or more than 3 years. (see MCL 257.904d)

**COUNT 2: OPERATING - LICENSE SUSPENDED, REVOKED, DENIED**
did operate a motor vehicle upon Dexter Road and Arkona St, a highway, while his or her operator's license was suspended or revoked; as prohibited by MCL 257.904(1); contrary to MCL 257.904(3)(a). [257.9041B]
MISDEMEANOR: 93 Days and/or $500.00; vehicle immobilization (see MCL 257.904d)

**COUNT 3: ESCAPE - LAWFUL CUSTODY**
did, break or escape from lawful custody while under criminal process, to-wit: under arrest awaiting blood draw at hospital; contrary to MCL 750.197a. [750.197A]
MISDEMEANOR: 1 Year or $1,000.00

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

❏ The complaining witness asks that the defendant be summoned and dealt with according to law.

| Summons authorized on 03/24/2025 by:<br>Date<br><br>Prosecuting Official, Ashley Londy P78545<br>☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>_____    _____<br>**Complaining Witness Signature**    Date |
|---|---|

Approved SCAO, PACC-PAAM Replacement
Form DC 225s, Rev. 9/22
MCL 764.1, MCL 764.1a, MCR 6.101, MCR 6.102, MCR 6.615

Distribute form to:
Court
Prosecutor
Defendant

**OFFICER IN CHARGE: PAUL CORRIE   MPD 24-1794**

**SUMMONS REQUESTED. IF DEFENDANT FAILS TO APPEAR, PLEASE ISSUE ARREST WARRANT.**

**NOTICE OF FORENSIC TEST**
**Pursuant to Section 5 of Public Act 35 of 1994, notice is herby given that the Michigan State Police Forensic Science Division has conducted one or more forensic tests in the investigation of this case.**



Inmate #148431
3001 Hogback Rd
Ann Arbor, MI, 48105

231 W Lafayette Blvd
Room 599
Detroit, MI 48226

U.S. MARSHAL

RECEIVED
AUG 05 2025
CLERK'S OFFICE
U.S. DISTRICT COURT