UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff,

v.

Case No. 25-cv-12440
HON. MARK A. GOLDSMITH

DANIEL RYAN MCGOUGH,

Defendant.
_______________________________________/

**JUDGMENT**

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Joseph Heacox
DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: May 21, 2026